1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   GREG ADDINGTON
3  Assistant United States Attorney
   400 South Virginia Street, Suite 900
4  Reno, Nevada 89501
   (775) 784-5438
5
   JEAN E. WILLIAMS
6  Acting Assistant Attorney General
   U.S. Department of Justice
7  DAVID L. NEGRI, Trial Attorney
   Environment and Natural Resources Division
8  c/o U.S. Attorney's Office
   1290 West Myrtle Street, Suite 500
9  Boise, Idaho 83702
   (208) 334-1936
10 david.negri@usdoj.gov

11 *Counsel for the United States of America and all Defendants*

12
                       **UNITED STATES DISTRICT COURT**
13                          **DISTRICT OF NEVADA**

14
   BAKER RANCHES, INC., a Nevada              )   Case No. 2:21-cv-535
15 Corporation, DAVID JOHN ELDRIDGE           )
   AND RUTH ELDRIDGE, as Co-Trustees of       )   **NOTICE OF REMOVAL**
16 the DAVID JOHN ELDRIDOE AND RUTH           )
   ELDRIDGE FAMILY LIVING TRUST, dated        )
17 January 31, 2007; ZANE JORDAN; and JUDEE   )
   SCHALEY,                                   )
18                                            )
       Plaintiffs,                            )
19                                            )
   v.                                         )
20                                            )
   DEB HAALAND, in her official capacity as   )
21 Secretary of the United States Department of )
   the Interior, the UNITED STATES            )
22 DEPARTMENT OF THE INTERIOR,                )
   SHAWN BENGE, in his official capacity as   )
23 Acting Director of the National Park Service, )
   the NATIONAL PARK SERVICE, and             )
24 JAMES WOOLSEY, in his official capacity    )
   as Superintendent of the Great Basin National Park, )
25                                            )
26     Defendants.                            )
                                              )
27 _____

28

   NOTICE OF REMOVAL
                                              1

TO: United States District Court for the District of Nevada

| | |
|---|---|
| **Clerk of the Court,** | **Debbie Leonard** |
| **Nevada Seventh Judicial District Court** | **Leonard Law, PC** |
| White Pine County | 955 S. Virginia Street, Suite 220 |
| 801 Clark Street | Reno, NV 89502 |
| Ely, Nevada 89301 | Ph: 775-964-4656 |
| | Email: debbie@leonardlawpc.com |
| | Attorneys for Plaintiffs |

**PLEASE TAKE NOTICE** that on this day **Case No. CV-2103034, Dept. No.1,** *Baker Ranches, Inc. et al. v. Deb Haaland, et al.*, pending before the Nevada Seventh Judicial District Court, White Pine County, is being removed to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1442(a)(1) on behalf of all defendants. Upon the direction of the Attorney General of the United States and pursuant to 28 United States Code Section 1446, the undersigned attorneys hereby present the following facts to the Judges of the District Court for the District of Nevada.

1. On March 19, 2021, plaintiffs filed a "Summons" and "Complaint in Equity to Enforce Baker-Lehman Decree" ("Complaint") in the Seventh Judicial District Court of the State of Nevada, in and for the County of White Pine, against defendants Deb Haaland, in her official capacity as Secretary of the United States Department of the Interior, the United States Department of the Interior, Shawn Benge, in his official capacity as Acting Director of the National Park Service, the Nation Park Service, and James Woolsey, in his official capacity as Superintendent of the Great Basin National Park.

2. Plaintiffs allege federal defendants are interfering with the exercise of plaintiffs' water rights.

3. On March 29, 2021, the United States Attorney's Office for the District of Nevada was served with a copy of the Summons and Complaint, a copy of which is attached as **Exhibit 1**.

4. This action must be removed to federal district court pursuant to 28 U.S.C. § 1442(a)(1) because plaintiffs have sued federal agencies and federal officers acting in their official capacities. Defendants are entitled to, among other federal defenses, the federal defense of sovereign immunity. As

a sovereign, the United States may only be sued when it has consented to suit. *United States v. Bormes*, 568 U.S. 6, 9 (2012) (citation omitted); *United States v. Navajo Nation*, 537 U.S. 488, 502 (2003). "Absent a waiver, sovereign immunity shields the Federal Government and its agencies from suit." *Fed. Deposit Ins. Corp. v. Meyer*, 510 U.S. 471, 475 (1994). The United States Supreme Court has frequently held that waivers of sovereign immunity must be strictly construed in the government's favor, and must be unequivocally expressed in statutory text. *Fed. Aviation Admin. v. Cooper*, 566 U.S. 284, 290 (2012); *Orff v. United States*, 545 U.S. 596, 601-02 (2005); *Dep't of Army v. Blue Fox*, 525 U.S. 255, 261 (1999) (citations omitted).

5.  Here, Plaintiffs allege that federal sovereign immunity is waived by the McCarran Amendment, 43 U.S.C. § 666,[1] "and by virtue of holding water rights adjudicated under the [Baker-Lehman] Decree," a water rights decree issued by the Nevada District Court in 1934. **Exhibit 1**, Complaint at 3. However, the United States was never joined as a party to the adjudication that resulted in the Baker-Lehman Decree. The only allegation in the complaint related to a waiver of sovereign immunity under the McCarran Amendment is that Great Basin National Park "claims to be the successor-in-interest to certain water rights that were adjudicated and decreed pursuant to the Decree." *Id*. There is no allegation that the United States was joined in the proceedings that resulted in the Baker-Lehman Decree and no allegation that such proceedings met the requirements of the McCarran Amendment. Therefore any rights held by the Park are not "such rights" that are subject to the administrative provisions of the McCarran Amendment. *See United States v. District Court In and For the County of Eagle and State of Colorado*, 401 U.S. 520, 524 (1971) (the administration of water rights

---

[1] The McCarran Amendment provides in pertinent part:

> Consent is hereby given to join the United States as a defendant in any suit (1) for the adjudication of rights to the use of water of a river system or other source, or (2) for the administration of such rights, where it appears that the United States is the owner of or is in the process of acquiring water rights by appropriation under State law, by purchase, by exchange, or otherwise, and the United States is a necessary party to such suit. The United States, when a party to such suit, shall (1) be deemed to have waived any right to plead that the State laws are inapplicable or that the United States is not amenable thereby by reason of its sovereignty, and (2) shall be subject to the judgments, orders, and decrees of the court having jurisdiction, and may obtain review thereof, in the same manner and to the same extent as a private individual under like circumstances: *Provided*, That no judgment for costs shall be entered against the United States in any such suit.

66 Stat. 560; 43 U.S.C. § 666.

NOTICE OF REMOVAL

under the McCarran Amendment applies only to those water rights that were adjudicated in a comprehensive proceeding meeting the requirements of the McCarran Amendment in the first place); *see also, Dugan v. Rank*, 372 U.S. 609, 618 (1963) (the McCarran Amendment does not waive the sovereign immunity of the United States in private suits over water rights). Simply put, the McCarran Amendment does not waive the sovereign immunity of the United States in the state court litigation in which Plaintiffs filed their Petition. Further, Plaintiffs base jurisdiction and venue upon provisions of the Nevada Constitution that do not form a basis for jurisdiction over Defendants.

6. A copy of this Notice of Removal is being filed with the Clerk of the Seventh Judicial District of the State of Nevada, White Pine County. This filing will automatically effect the removal action described above in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Dated: April 1, 2021                    Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney, District of Nevada
GREG ADDINGTON
Assistant United States Attorney

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice

*David L. Negri*
DAVID L. NEGRI, Trial Attorney
Environment and Natural Resources Division