CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
DAVID L. NEGRI, Trial Attorney
Environment and Natural Resources Division
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, Idaho 83702
(208) 334-1936
david.negri@usdoj.gov

*Counsel for all Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation, DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDOE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,    Plaintiffs, v. DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park, Defendants. _____ ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:21−cv−00150- GMN-WGC  **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE (ECF NO. 9)** **(First Request)** |

Defendants Deb Haaland, in her official capacity *et al.* and Plaintiffs Baker Ranches, Inc. *et al.* agree and stipulate to an extension of time until April 29, 2021, for Defendants' response to Plaintiffs' Motion For Order to Show Cause (ECF No. 9) ("Motion"), filed on April 6, 2021. The following grounds are presented to support this Stipulation.

1.      This action was originally filed in the Seventh Judicial District for the State of Nevada (White Pine County).

2.      On March 29, 2021, the U.S. Attorney's office in Reno received a copy of the State-court complaint.

3.      On April 1, 2021, Defendants filed their Notice of Removal (ECF No. 1) removing this action from the State Court to the Federal Court pursuant to 28 USC § 1442(a).

4.      On April 6, 2021, Plaintiff filed their Motion For Order to Show Cause. Defendants' Response is now due April 20, 2021.

5.      Plaintiffs' Motion includes 238 pages of exhibits.

6.      Undersigned counsel has several other time-consuming matters scheduled this month, including two dispositive briefs in two separate cases and 8 depositions in a third case.

7.      Additional time is needed for Defendants to properly review and respond to the Motion.

8.      Undersigned counsel has been informed by Plaintiffs' attorney that they do not oppose this motion.

///

///

///

///

///

///

///

///

///

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE**
**RESPONSE TO MOTION ORDER TO SHOW CAUSE – Page 1**

1    Defendants therefore request that the time for Defendants' to respond to Plaintiffs'

2  Motion be extended until April 29, 2021.

3

4  Dated:  April 12, 2021                    CHRISTOPHER CHIOU
                                             Acting United States Attorney, District of Nevada
5                                            GREG ADDINGTON
                                             Assistant United States Attorney
6

7                                            JEAN E. WILLIAMS
                                             Acting Assistant Attorney General
8                                            United States Department of Justice

9
                                             /s/ David L. Negri
10                                           DAVID L. NEGRI, Trial Attorney
                                             Environment and Natural Resources Division
11

12

13

14

15                                  **IT IS SO ORDERED.**

16                                  Dated this ⎯⎯19⎯⎯ day of April, 2021.

17

18

19                                  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                    Gloria M. Navarro, District Judge
20                                  UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
RESPONSE TO MOTION ORDER TO SHOW CAUSE – Page 2**