1  Debbie Leonard (#8260)
   Leonard Law, PC
2  955 South Virginia Street, Suite 220
   Reno, Nevada 89502
3  (775) 964-4656
4  debbie@leonardlawpc.com

5  *Attorney for Plaintiffs*

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9  BAKER RANCHES, INC., a Nevada              3:21-CV-00150-GMN-WGC
   corporation, DAVID JOHN ELDRIDGE
10 AND RUTH ELDRIDGE, as Co-Trustees of
   the DAVID JOHN ELDRIDGE AND RUTH
11 ELDRIDGE FAMILY LIVING TRUST,
   dated January 31, 2007; ZANE JORDAN;      **STIPULATION FOR EXTENSION OF**
12 and JUDEE SCHALEY,                          **TIME FOR PLAINTIFFS TO FILE**
                                               **REPLIES IN SUPPORT OF THEIR**
13              Plaintiffs,                        **MOTION TO REMAND**
                                               **AND MOTION FOR ORDER**
14 v.                                              **TO SHOW CAUSE**

15 DEB HAALAND, in her official capacity as       **(First Request)**
   Secretary of the United States Department of
16 the Interior, the UNITED STATES
   DEPARTMENT OF THE INTERIOR,
17 SHAWN BENGE, in his official capacity as
   Acting Director of the National Park Service,
18 the NATIONAL PARK SERVICE, and
   JAMES WOOLSEY, in his official capacity
19 as Superintendent of the Great Basin National
   Park,
20
                Defendants.
21

22

23        Through their respective undersigned counsel, Plaintiffs BAKER RANCHES, INC.

24 ("Baker Ranches"), DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of

25 the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated

26 January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY (collectively, "Plaintiffs"), and

27 Defendants DEB HAALAND, in her official capacity as Secretary of the United States

28 Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR,

SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park (collectively, "Defendants"), stipulate and agree as follows:

On April 6, 2021, Plaintiffs filed a Motion to Remand and a Motion for Order to Show Cause why Defendants Should not be Held in Contempt for Violating Court Decree (ECF Nos. 8 and 9, respectively).

On April 29, 2021, Defendants filed their Responses to Plaintiffs' Motion to Remand and Motion for Order to Show Cause why Defendants Should not be Held in Contempt for Violating Court Decree (ECF Nos. 25 and 26, respectively).

Plaintiffs' Replies in support of their Motions are due on May 6, 2021.

The Parties stipulate and agree that the due date for Plaintiffs to file Replies to Defendants' Responses (ECF Nos. 25 and 26) shall be extended to and including May 13, 2021.

This is the first stipulation for extension of time for the filing of these Replies. This extension of time is necessary due to Plaintiffs' counsel facing a number of conflicting deadlines and obligations, as well as the extensive arguments made in ECF Nos. 25 and 26.

///
///
///
///
///
///
///
///
///
///
///

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

The Parties represent that this stipulation is made in good faith and not for the purpose of delay.

DATED:  May 3, 2021

LEONARD LAW, PC

_/s/ Debbie Leonard_____
DEBBIE LEONARD
State Bar No. 8260
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

*Attorney for Plaintiffs*

DATED:  May 3, 2021

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY
DISTRICT OF NEVADA

_/s/ Greg Addington_____
GREG ADDINGTON
State Bar No. 6875
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
greg.addington@usdoj.gov

*Attorney for Defendants*

**IT IS SO ORDERED.**

Dated this ___5___ day of May, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT