Debbie Leonard (#8260)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada corporation, DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>Defendants. | 3:21-CV-00150-GMN-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 34) AND FOR DEFENDANTS TO FILE THEIR REPLY THERETO**<br><br>**(First Request)** |

Through their respective undersigned counsel, Plaintiffs BAKER RANCHES, INC. ("Baker Ranches"), DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY (collectively, "Plaintiffs"), and Defendants DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR,

1  SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the
2  NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as
3  Superintendent of the Great Basin National Park (collectively, "Defendants"), stipulate and
4  agree as follows:

5  On May 28, 2021, Defendants filed a Motion to Dismiss and Supporting
6  Memorandum (ECF No. 34).

7  Plaintiffs' Opposition to the Motion to Dismiss is due on June 11, 2021. Defendants'
8  Reply thereto would be due June 18, 2021.

9  The Parties stipulate and agree to the following:

10  1. The due date for Plaintiffs to file their Opposition to Defendants' Motion to
11     Dismiss (ECF No. 34) shall be extended two weeks, to and including June 25,
12     2021.
13  2. The due date for Defendants to file their Reply in support of their Motion to
14     Dismiss shall be extended to and including July 16, 2021.

15  This is the first stipulation for extension of time related to the briefing on Defendants'
16  Motion to Dismiss. This extension of time is necessary due to counsel facing a number of
17  conflicting deadlines and obligations, as well as the extensive arguments made in ECF No. 34.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

The Parties represent that this stipulation is made in good faith and not for the purpose of delay.

DATED: June 9, 2021

LEONARD LAW, PC

 /s/ Debbie Leonard
DEBBIE LEONARD
State Bar No. 8260
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

*Attorney for Plaintiffs*

DATED: June 9, 2021

JEAN E. WILLIAMS
ACTING ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE

 /s/ David L. Negri
DAVID L. NEGRI, Trial Attorney
Environment and Natural Resources Division
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(208) 334-1936
david.negri@usdoj.gov

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
State Bar No. 6875
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
greg.addington@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this   11   day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3