CHRISTOPHER CHIOU
Assistant United States Attorney
District of Nevada
Nevada Bar No. 13644
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation, DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>      Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>      Defendants. | Case No. 3:21-cv-00150-GMN-WGC<br><br>**MOTION TO APPEAR, SUBSTITUTE AND WITHDRAW ATTORNEY OF RECORD and ORDER** |

      Defendants DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official

capacity as Superintendent of the Great Basin National Park, seek to substitute Assistant United States Attorney Holly A. Vance as the counsel for Defendants in the place and stead of Assistant United States Attorney Greg Addington.

Defendants respectfully request the Clerk of the Court to please note the withdrawal of Assistant United States Attorney Greg Addington, who is retiring and will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 1st day of December 2021.

        CHRISTOPHER CHIOU
        Assistant United States Attorney

        _s/ Holly A. Vance_
        HOLLY A. VANCE
        Assistant United States Attorney

IT IS SO ORDERED.

DATED this 2nd day of December, 2021.

        _/s/ William G. Cobb_
        United States Magistrate Judge