1 Katharine Laubach (Colorado Bar No. 42693)
2 United States Department of Justice
Environment & Natural Resources Division
3 Natural Resources Section
P.O. Box 7611
4 Washington, D.C. 20044-7611
(202) 305-8568
5 katharine.laubach@usdoj.gov
*Attorney for Defendants*
6

7 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
8

| | | |
|---|---|---|
| BAKER RANCHES, INC., a Nevada Corporation, DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDOE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY, <br><br>    Plaintiffs, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:21-cv-00150-GMN-CSD <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR MOTIONS TO DISMISS AND TO REMAND** <br> **(FIRST REQUEST)** |

Defendants Deb Haaland, United States Department of the Interior, Shawn Benge, National Park Service and James Woolsey ("Defendants"), and Plaintiffs Baker Ranches, Inc., David John Eldridge and Ruth Eldridge, as Co-Trustees of the David John Eldridge and Ruth Eldridge Family Living Trust, dated January 31, 2007, Zane Jordan, and Judee Schaley (collectively, "Plaintiffs"), per LR IA 6-1, respectfully stipulate to extend the deadlines for Defendants' renewed motion to dismiss and Plaintiffs' renewed motion to remand this action as follows:

1.      On October 13, 2023, the U.S. Court of Appeals for the Ninth Circuit issued a memorandum affirming in part and vacating and remanding in part this Court's order granting Plaintiffs' Motion to Remand.  Per the deadlines specified in FRAP 40 and FRAP 41, absent a petition for rehearing, the Ninth Circuit is anticipated to issue its mandate no later than December 4, 2023.

2.      On October 16, 2023, this Court entered a minute order (ECF 60) to re-open this action for purposes of effectuating the Ninth Circuit's October 13, 2023 memorandum.  This Court instructed the parties to file, no later than November 14, 2023, new motions to remand or to dismiss, and which address the issues raised in the Ninth Circuit's October 13, 2023 memorandum.

3.      The parties' counsel conferred regarding these procedural developments.  Plaintiffs' counsel will be out of the country and unavailable from October 30, 2023 to November 15, 2023.  Defendants' counsel anticipates unavailability the last two weeks of December 2023 and the first week of January 2024.  As such, and in anticipation of the Ninth Circuit not issuing its mandate until December 4, 2023, absent a petition for rehearing being filed, good cause exists to extend the parties' deadlines to file the motions described in the Court's October 16, 2023 minute order and the briefing schedule for those motions.  This is the first time the parties have requested an extension of time for those motions.

4.      Thus, the parties stipulate and respectfully request an order that establishes the following briefing schedule:

Motions to remand or to dismiss: December 12, 2023;

Responses in opposition to motions: January 19, 2024; and

Replies in support of motions: February 9, 2024.

Respectfully submitted October 26, 2023.

/s/ Debbie Leonard
DEBBIE LEONARD (Nevada Bar No. 8260)
Leonard Law, P.C.
955 S. Virginia St., Ste. 220
Reno, NV 89502
(775) 964-4656
debbie@leonardlawpc.com
*Attorney for Plaintiffs*

/s/ Katharine Laubach
Katharine Laubach (Colorado Bar No. 42693)
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
United States District Court Judge

DATED this 26 day of ___October___, 2023.