Katharine Laubach (Colorado Bar No. 42693)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-8568
katharine.laubach@usdoj.gov
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation, DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDOE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>   Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, SHAWN BENGE, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and ANITA HANSEN, in her official capacity as Acting Superintendent of Great Basin National Park.[1]<br><br>   Defendants. | Case No. 3:21-cv-00150-GMN-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINES FOR RESPONSES AND REPLIES TO MOTIONS TO DISMISS AND TO REMAND**<br>**(SECOND REQUEST)** |

Defendants Deb Haaland, United States Department of the Interior, Shawn Benge, National Park Service and Anita Hansen ("Defendants"), and Plaintiffs Baker Ranches, Inc., David John Eldridge and Ruth Eldridge, as Co-Trustees of the David John Eldridge and Ruth Eldridge Family Living Trust, dated January 31, 2007, Zane Jordan, and Judee Schaley (collectively, "Plaintiffs"), per

---

[1] Great Basin National Park Superintendent James Woolsey retired in August 2023.  Anita Hansen is the Acting Superintendent.

1

LR IA 6-1, respectfully stipulate to extend the deadlines for Defendants' response to Plaintiffs' Renewed Motion to Remand (ECF No. 68), Plaintiffs' response to Defendants' Motion to Dismiss (ECF No. 67) (collectively, "Motions"), and the parties' replies in support of their respective Motions, as follows:

    1.     This is the second stipulation for extension of time related to the parties' Motions.

    2.     On December 12, 2023, Defendants filed a Motion to Dismiss (ECF No. 67) and Plaintiffs filed a Renewed Motion to Remand (ECF No. 68) pursuant to this Court's October 16, 2023 minute order (ECF No. 60) and October 26, 2023 Order to Extend Deadlines (ECF No. 64). Per the Court's October 26, 2023 Order to Extend Deadlines (ECF No. 64), responses in opposition to these Motions are currently due January 19, 2024, and replies in support of these Motions are due February 9, 2024.

    3.     In late December 2023, Defendants' counsel was asked and agreed to attend a four-week trial in the U.S. Court of Federal Claims set for January 16, 2024 to February 6, 2024, in order to assist a trial team which was unexpectedly short a person. Defendants' counsel discussed this development with Plaintiffs' counsel, and the parties agreed a mutual and moderate extension of certain deadlines in this action was warranted.

4. Thus, the parties represent that this stipulation is made in good faith and not for the purpose of delay, and that good cause exists to extend the briefing schedule on the Motions as follows:

Responses in opposition to Motions: February 9, 2024; and

Replies in support of Motions: March 1, 2024.

Respectfully submitted January 8, 2024.

*/s/ Debbie Leonard*
DEBBIE LEONARD (Nevada Bar No. 8260)
Leonard Law, P.C.
955 S. Virginia St., Ste. 220
Reno, NV 89502
(775) 964-4656
debbie@leonardlawpc.com
*Attorney for Plaintiffs*

*/s/ Katharine Laubach*
Katharine Laubach (Colorado Bar No. 42693)
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Court Judge

DATED this __8__ day of January, 2024.